## Commonwealth *v.* Cotto, Appellant.

Submitted December 4, 1972. *Thomas E. Harling,* Assistant Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dantzler, Appellant.

Submitted December 4, 1972. *Lee Mandell,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.